**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:      Counsel of Record  
           Omar Steele

FROM:    Judge Roger W. Titus

RE:      *USA v. Omar Steele*  
           Criminal No. RWT-12-0014

DATE:    October 7, 2015

\* \* \* \* \* \* \* \* \*

On April 24, 2015, the U.S. Court of Appeals for the Fourth Circuit affirmed the conviction and sentence of Omar Steele in a multi-defendant, multi-count drug conspiracy case (ECF No. 580). On August 18, 2015, the Fourth Circuit granted counsel's motion to withdraw from further representation (ECF No. 588). On September 25, 2015, Mr. Steele filed a Motion for a Court Order Requiring Court Appointed Counsel Kira Anne West to Return to Petitioner the Entire File Maintained in This Matter (ECF No. 589). Mr. Steele requests the return of the file for the purpose of preparing a § 2255 motion. On October 5, 2015, Ms. West filed a response to the motion (ECF No. 590) in which she requests that she be ordered to send only those documents that are not subject to a protective order signed by this Court on February 17, 2012 (ECF No. 115) or which are not precluded from disclosure under the terms of a discovery agreement entered into with the United States Attorney. The order generally prohibits counsel from disclosing copies of certain records without further order of the Court (ECF No. 115 at 2), and the discovery agreement with the United States Attorney contains limitations on disclosure of information provided to defense attorneys.

Mr. Steele's former counsel, Ms. Kira Anne West, is hereby DIRECTED to consult with the United States Attorney and, after doing so, return by mail to Mr. Steele only those documents in this case that are not subject to the February 17, 2012 protective order and not restricted from release under the discovery agreement with the United States Attorney.

The Clerk is DIRECTED to mail a copy of this Memorandum to Mr. Steele.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                         /s/  
                                             Roger W. Titus  
                                             United States District Judge