**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. RWT 12-cr-0014 |
| **OMAR STEELE,** | * | |
| Defendant. | * | |

## MEMORANDUM OPINION AND ORDER

On April 24, 2015, the U.S. Court of Appeals for the Fourth Circuit affirmed the conviction and sentence of Omar Steele in a multi-defendant, multi-count drug conspiracy case. ECF No. 580. On August 18, 2015, the Fourth Circuit granted defense counsel's motion to withdraw from further representation. ECF No. 588.

On September 25, 2015, Mr. Steele filed a Motion for a Court Order Requiring Court Appointed Counsel Kira Anne West to Return to Petitioner the Entire File Maintained in This Matter. ECF No. 589. Mr. Steele requested the return of the file for the purpose of preparing a § 2255 motion. *Id.* Pursuant to this Court's Order on October 7, 2015, Ms. West was directed to consult with the United States Attorney and, after doing so, return to Mr. Steele only those documents in this case that were not subject to a protective order signed by this Court on February 17, 2012, ECF No. 115, and not restricted from release under the discovery agreement with the United States Attorney. ECF No. 592. Ms. West contends that she complied with the Order. ECF No. 596. Nevertheless, Mr. Steele has continued to file motions requesting that Ms. West turn over additional information, including documents that Ms. West is not obligated to provide. ECF Nos. 595 and 602.

Accordingly, it is this 6th day of May 2016, by the United States District Court for the District of Maryland,

**ORDERED**, that Petitioner Omar Steele's Motion for a Court Order Requiring Court Appointed Counsel to Obey and Comply with the October 7, 2015, Memorandum Order Issued by the Honorable Roger W. Titus (ECF No. 595) is hereby **DENIED**; and it is further

**ORDERED**, that Petitioner Omar Steele's Renewed Request for a Court Order Requiring Petitioner's Former Attorney Kira Anne West to Return to Petitioner His Legal File (ECF No. 602) is hereby **DENIED**; and it is further

**ORDERED**, that the Clerk of this Court is hereby **DIRECTED** to mail a copy of this Memorandum Opinion and Order to Mr. Steele.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE