# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Omar Steele*  
Criminal No. RWT-12-014

DATE: August 1, 2018

\* \* \* \* \* \* \* \* \*

    The Court recently received a pair of *ex parte* communications from William C. Bond via email. Each email transmitted a letter regarding the above-captioned case. These letters are attached to this Memorandum for the information of counsel.

/s/  
Roger W. Titus  
United States District Judge

Attachments